FEDERAL HEATING COMPANY, INC., et al., Appellants, *v.*
THE CITY OF BUFFALO et al., Respondents.

*Assignment of moneys due on building contract — waiver — mechanic's
lien.*

*Federal Heating Co., Inc.,* v. *City of Buffalo,* 182 App. Div. 128,
affirmed.

(Argued April 19, 1920; decided June 1, 1920.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the fourth judicial department,
entered April 8, 1918, modifying and affirming as modified
a judgment entered upon a decision of the court on trial at
Special Term  The action was to recover money alleged

to be due the plaintiffs for materials furnished and used in the construction of certain buildings at the J. N. Adam Memorial Hospital, owned by the city of Buffalo, and situated at Perrysburg, to enforce the payment of moneys due under the contract, assigned by Hager & George, Inc., the contractor, to the defendant John M. Hoen for the benefit of plaintiffs, to set aside certain waivers of such assignment, made by John M. Hoen in favor of the defendant Bank of North Collins, and to recover the moneys paid by the city of Buffalo to the Bank of North Collins on such waivers. Answers were interposed by several defendants, asking that mechanics' liens filed against such funds be established, and the amount of such claims be ordered paid from said funds.

*S. Fay Carr* for appellants.

*William S. Rann, Corporation Counsel (George E. Pierce* of counsel), for city of Buffalo, respondent.

*Ernest F. Kruse* for Bank of North Collins, respondent.

*George C. Riley* for Frank C. Hager et al., respondents.

*Thomas C. Burke* for McNeil Lumber Company, Inc., respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, POUND, CRANE and ANDREWS, JJ. Not voting: CARDOZO, J.